

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY  10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

WRITER'S DIRECT LINE
212.338.3545
rkramer@foley.com EMAIL

CLIENT/MATTER NUMBER
101357-0101

July 18, 2012

<u>Via ECF</u>

Honorable Kiyo A. Matsumoto
United States District Judge
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    FirstStorm Partners 2 LLC v. Vassel, No. 10-cv-2356

Dear Judge Matsumoto:

      Pursuant to Your Honor's July 13, 2012 order, below is a summary consisting of the total hours spent by each attorney and paralegal for which plaintiff seeks recovery and the total fees derived therefrom:

| Attorney/Paralegal | Hours | Fees |
|---|---|---|
|  |  |  |
| *Attorneys:* |  |  |
| Barry G. Felder | 15 | $10,549.60 |
| Rachel E. Kramer | 51.5 | $27,723.20 |
| Jill Nicholson[1] | 0.2 | $103.50 |
| Alicia L. Pitts | 31.9 | $4,552.65 |
|  |  |  |
| *Paralegals:* |  |  |
| Raymond Giraud | 6.1 | $1,283.85 |
| Sara McGraw[2] | 2.6 | $468.00 |
| Hannah Waite | 0.2 | $40.5 |

      In the course of reviewing the bills, we found a mathematical error in our original submission to the Court.  The total legal fees sought are in fact **$44,721.30**  (not $43,035.80).

---

[1] Jill Nicholson, not identified in the original filing, is a partner at Foley & Lardner LLP.  She has extensive experience in commercial foreclosures and bankruptcy law.  Ms. Nicholson is a member of the bars of New York and Illinois.

[2] Ms. McGraw, not identified in the original filing, was a paralegal at Foley & Lardner LLP with an expertise in reviewing and analyzing title reports and property records.

BOSTON              JACKSONVILLE        MILWAUKEE           SAN DIEGO           SILICON VALLEY
BRUSSELS            LOS ANGELES         NEW YORK            SAN DIEGO/DEL MAR   TALLAHASSEE
CHICAGO             MADISON             ORLANDO             SAN FRANCISCO       TAMPA
DETROIT             MIAMI               SACRAMENTO          SHANGHAI            TOKYO
                                                                               WASHINGTON, D.C.



**FOLEY**

FOLEY & LARDNER LLP

Honorable Kiyo A. Matsumoto
July 18, 2012
Page 2

        In addition, as directed, attached is a modified version of Exhibit 2 to plaintiff's motion for judgment and sale (Dkt. 42) in which time entries reflecting unrelated legal work are clearly redacted.  The only such time entries appear on the September 28, 2011 invoice (at page 71 of Dkt. 42).  As previously filed, these entries were shown with a strike-through; they are more clearly redacted in the attached version.

        Apart from the two redacted entries noted above, all other fees plaintiff does <u>not</u> seek to recover (such as fees for substitution of plaintiff for Greystone  Bank) were reflected on invoices that plaintiff did not submit with its motion.  Based on our reading of the Court's July 13 order, we have not submitted those omitted invoices here, as the fees contained therein were never part of plaintiff's fee application.  Should the Court wish to review those invoices, however, we will be happy to provide them and any other information the Court may require.

                        Respectfully submitted,

                        /s/

                        Rachel E. Kramer

Attachments

cc:     Farrel Donald, Esq. (via ECF filing)

        Kaye and Paul Vassel (via U.S. Mail)
        105-43 171st Place
        Jamaica, NY 11433



**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Allison Berman
Deputy General Counsel
Greystone Bank
152 West 57th Street, 11th Floor
New York, NY 10019

Date: June 21, 2010
Invoice No.: 32050662
Our Ref. No.: 093966-0141

---

Services through
May 31, 2010

| | |
|---|---:|
| Amount due for professional services rendered regarding<br>VASSEL, PAUL AND VASSEL, KAYE | $2,574.00 |
| Total Expenses: | $422.93 |
| **Total Amount Due:** | **$2,996.93** |

Please

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 32050662

Page 2
Foley & Lardner LLP
June 21, 2010

## Professional Services Detail

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 4/22/10 | REKR | Draft default notice and complaint. | 2.00 | $828.00 |
| 4/23/10 | BGF | Review default letter and complaint. | 0.50 | $351.00 |
| 4/23/10 | REKR | Finalize default notice and complaint. | 0.50 | $207.00 |
| 4/28/10 | REKR | Draft MERS assignment. | 0.20 | $82.80 |
| 5/12/10 | SLTR | Receipt of title order. Assemble prior policy and mortgage. Draft correspondence requesting Title Commitment. | 0.50 | $90.00 |
| 5/19/10 | SLTR | Review title report and supporting documents. Correspondence with TitleVest regarding typographical error in legal description and request amended report. Receipt and review same. Draft title review memo. | 1.50 | $270.00 |
| 5/19/10 | REKR | Review title report and summary memo in connection with revision of complaint. | 0.90 | $372.60 |
| 5/20/10 | REKR | Draft MERS assignment (.3); revise complaint (.4). | 0.70 | $289.80 |
| 5/24/10 | REKR | Finalize complaint and ancillary filings. | 0.20 | $82.80 |
| | | Services Total: | 7.00 | $2,574.00 |

## Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|------------|----------|-------|-------|------|---------|
| Barry G. Felder | BGF | Partner | 0.50 | $702.00 | $351.00 |
| Rachel E. Kramer | REKR | Associate | 4.50 | $414.00 | $1,863.00 |
| Sara L. McGraw | SLTR | Paralegal | 2.00 | $180.00 | $360.00 |
| Totals | | | 7.00 | | $2,574.00 |

## Expenses Incurred

| Description | Amount |
|-------------|--------|
| Photocopying Charges | $14.40 |
| Shipping/courier/messenger services | $13.53 |
| Search Fees | $395.00 |
| Expenses Total: | $422.93 |

Certain

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 32050662

Page 3
Foley & Lardner LLP
June 21, 2010

Expense Detail

**Photocopying Charges**

| 05/24/10 | 96 Copies. | 14.40 |
|---|---|---|
| | | $14.40 |

**Shipping/courier/messenger services**

| 04/23/10 | Federal Express Invoice# 707852693 Recipient: Kaye Vassel Paul Vassel | 13.53 |
|---|---|---|
| | | $13.53 |

**Search Fees**

| 05/14/10 | Search Fees - - Vendor: Titlevest Agency, Inc. Search Fees | 395.00 |
|---|---|---|
| | | $395.00 |
| | Expenses Total: | $422.93 |



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

GREYSTONE BANK

Date: June 21, 2010
Invoice No.: 32050662
Our Ref. No.: 093966-0141

## Remittance Advice

*Current Invoice:*

06/21/2010 - 32050662                    $2,996.93

**Total Amount Due:**                    $2,996.93

---

Should you wish to remit your payment via wire transfer, please include our reference no. 093966-0141 and/or invoice no. 32050662 and forward to:

Bank of America
100 West 33rd Street
New York, NY  10001
ABA No.: 026009593 (wire transfer)
ABA No.: 081904808 (ACH/EDI only)
Acct. Name: Foley & Lardner LLP
Acct. No.: 000002337171
Swift Code: BOFAUS3N
CHIPS Participant #: 0959



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Allison Berman
Deputy General Counsel
Greystone Bank
152 West 57th Street, 11th Floor
New York, NY 10019

Date: July 23, 2010
Invoice No.: 32062256
Our Ref. No.: 093966-0141

Services through
June 30, 2010

Amount due for professional services rendered regarding                   $160.20
VASSEL, PAUL AND VASSEL, KAYE

Total Expenses:        $551.47

**Total Amount Due:**        **$711.67**

Please reference your account number 093966-0141 and your invoice number
32062256 with your remittance payable to Foley & Lardner LLP. Payment is
due promptly upon receipt of our invoice.

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 32062256

Page 2
Foley & Lardner LLP
July 23, 2010

---

### Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 6/1/10 | REKR | Finalize complaint and ancillary papers. | 0.20 | $82.80 |
| 6/16/10 | REKR | Respond to questions from process server regarding service of summons, complaint and notice of pendency. | 0.10 | $41.40 |
| 6/29/10 | SLTR | Correspondence with TitleVest requesting title update. | 0.20 | $36.00 |
| | | Services Total: | 0.50 | $160.20 |

### Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Rachel E. Kramer | REKR | Associate | 0.30 | $414.00 | $124.20 |
| Sara L. McGraw | SLTR | Paralegal | 0.20 | $180.00 | $36.00 |
| Totals | | | 0.50 | | $160.20 |

### Expenses Incurred

| Description | Amount |
|---|---|
| Recording / Filing Fees | $350.00 |
| Service Fees | $195.00 |
| Shipping/courier/messenger services | $6.47 |
| Expenses Total: | $551.47 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 32062256

Page 3
Foley & Lardner LLP
July 23, 2010

## Expense Detail

**Recording / Filing Fees**

| | | |
|---|---|---:|
| 06/01/10 | Recording / Filing Fees - - Vendor:  Clerk, Us District Court Filing Fee | 350.00 |
| | | $350.00 |

**Service Fees**

| | | |
|---|---|---:|
| 06/08/10 | Service Fees - - Vendor: Reliant Court Services, Inc. Greyston/vassel--service On Summons & Complaint | 195.00 |
| | | $195.00 |

**Shipping/courier/messenger services**

| | | |
|---|---|---:|
| 06/16/10 | Federal Express Invoice# 713341032 Recipient: Bruce Lazarus Legalease, Inc | 6.47 |
| | | $6.47 |
| | Expenses Total: | $551.47 |



**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

GREYSTONE BANK

Date: July 23, 2010
Invoice No.: 32062256
Our Ref. No.: 093966-0141

## Remittance Advice

*Current Invoice:*

07/23/2010 - 32062256                          $711.67

**Total Amount Due:**                          $711.67

---

Should you wish to remit your payment via wire transfer,
please include our reference no. 093966-0141 and/or
invoice no. 32062256 and forward to:

Bank of America
100 West 33rd Street
New York, NY 10001
ABA No.: 026009593 (wire transfer)
ABA No.: 081904808 (ACH/EDI only)
Acct. Name: Foley & Lardner LLP
Acct. No.: 000002337171
Swift Code: BOFAUS3N
CHIPS Participant #: 0959



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Allison Berman
Deputy General Counsel
Greystone Bank
152 West 57th Street, 11th Floor
New York, NY 10019

Date: August 31, 2010
Invoice No.: 32075945
Our Ref. No.: 093966-0141

---

Services through
July 31, 2010

Amount due for professional services rendered regarding          $1,645.20
VASSEL, PAUL AND VASSEL, KAYE

Total Expenses:          $798.18

**Total Amount Due:**          **$2,443.38**

---

**Please reference your account number 093966-0141 and your invoice number 32075945 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 32075945

Page 2
Foley & Lardner LLP
August 31, 2010

---

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 7/1/10 | SLTR | Receipt and review title updates. | 0.40 | $72.00 |
| 7/20/10 | REKR | Draft receiver motion. | 1.20 | $496.80 |
| 7/28/10 | REKR | Draft reply to counterclaim and pre-motion letter regarding summary judgment. | 2.60 | $1,076.40 |
| | | Services Total: | 4.20 | $1,645.20 |

## Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Rachel E. Kramer | REKR | Associate | 3.80 | $414.00 | $1,573.20 |
| Sara L. McGraw | SLTR | Paralegal | 0.40 | $180.00 | $72.00 |
| Totals | | | 4.20 | | $1,645.20 |

## Expenses Incurred

| Description | Amount |
|---|---|
| Recording / Filing Fees | $135.00 |
| Service Fees | $650.00 |
| Shipping/courier/messenger services | $13.18 |
| Expenses Total: | $798.18 |

---

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GREYSTONE BANK**                                             Page 3
Our Ref. No.: 093966-0141                           Foley & Lardner LLP
Invoice No.: 32075945                                   August 31, 2010


Expense Detail

**Recording / Filing Fees**

| | | |
|---|---|---|
| 07/13/10 | Recording / Filing Fees - - Vendor:  Titlevest Agency, Inc. Greystone/vassel Recording Of Mortgage/lease Documents | 135.00 |
| | | $135.00 |

**Service Fees**

| | | |
|---|---|---|
| 07/13/10 | Service Fees - - Vendor: Legalease Inc. Greystone/vassel--file Notice Of Pendency,service On Paul Vassel/104-45 171st St. Jamacia NY | 325.00 |
| 07/13/10 | Service Fees - - Vendor: Legalease Inc. Greystone/vassel--file Notice Of Pendency,service On Kaye Vassel/105--45 171st St. Jamaica NY | 325.00 |
| | | $650.00 |

**Shipping/courier/messenger services**

| | | |
|---|---|---|
| 07/28/10 | Federal Express Invoice# 717869392 Recipient:  Hon Kiyo A   Matsu Us District Court | 13.18 |
| | | $13.18 |
| | Expenses Total: | $798.18 |



**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

GREYSTONE BANK

Date: August 31, 2010
Invoice No.: 32075945
Our Ref. No.: 093966-0141

## Remittance Advice

*Current Invoice:*

08/31/2010 - 32075945                    $2,443.38

**Total Amount Due:**                    **$2,443.38**

Should you wish to remit your payment via wire transfer,
please include our reference no. 093966-0141 and/or
invoice no. 32075945 and forward to:

Bank of America
100 West 33rd Street
New York, NY 10001
ABA No.: 026009593 (wire transfer)
ABA No.: 081904808 (ACH/EDI only)
Acct. Name: Foley & Lardner LLP
Acct. No.: 000002337171
Swift Code: BOFAUS3N
CHIPS Participant #: 0959



**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Allison Berman
Deputy General Counsel
Greystone Bank
152 West 57th Street, 11th Floor
New York, NY 10019

Date: September 30, 2010
Invoice No.: 32086321
Our Ref. No.: 093966-0141

---

Services through
August 31, 2010

Amount due for professional services rendered regarding                 $1,117.80
VASSEL, PAUL AND VASSEL, KAYE

Total Expenses:                 $60.00

**Total Amount Due:**                 **$1,177.80**

---

Please reference your account number 093966-0141 and your invoice number
32086321 with your remittance payable to Foley & Lardner LLP. Payment is
due promptly upon receipt of our invoice.

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 32086321

Page 2
Foley & Lardner LLP
September 30, 2010

## Professional Services Detail

| 8/2/10 | REKR | Finalize reply to counterclaims. | 0.20 | $82.80 |
|--------|------|----------------------------------|------|--------|
| 8/16/10 | REKR | Revise summary judgment pre-motion letter. | 0.40 | $165.60 |
| 8/26/10 | REKR | Telephone calls with court clerk and borrowers concerning pre-motion conference; draft letter to borrowers regarding conference. | 0.80 | $331.20 |
| 8/27/10 | REKR | Draft letter to borrowers regarding court conference. | 0.30 | $124.20 |
| 8/27/10 | REKR | Prepare for and attend conference with court. | 1.00 | $414.00 |

Services Total:   2.70   $1,117.80

### Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|------------|----------|-------|-------|------|---------|
| Rachel E. Kramer | REKR | Associate | 2.70 | $414.00 | $1,117.80 |
| Totals | | | 2.70 | | $1,117.80 |

### Expenses Incurred

| Description | Amount |
|-------------|--------|
| Photocopying Charges | $1.80 |
| Shipping/courier/messenger services | $58.20 |
| Expenses Total: | $60.00 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 32086321

Page 3
Foley & Lardner LLP
September 30, 2010

Expense Detail

**Photocopying Charges**

| | | |
|---|---|---|
| 08/25/10 | 12 Copies. | 1.80 |
| | | $1.80 |

**Shipping/courier/messenger services**

| | | |
|---|---|---|
| 08/18/10 | Federal Express Invoice# 720978974 Recipient: Kaye & Paul Vassel | 13.58 |
| 08/24/10 | Federal Express Invoice# 720978974 Recipient: Rachel Kramer Foley & Lardner Llp | 6.07 |
| 08/26/10 | Federal Express Invoice# 720978974 Recipient:  Hon Kiyo A  Matsum Us District Court | 13.14 |
| 08/26/10 | Federal Express Invoice# 720978974 Recipient: Kaye & Paul  Vassel | 13.58 |
| 08/27/10 | Federal Express Invoice# 720978974 Recipient: Kaye & Paul Vassel | 11.83 |
| | | $58.20 |

Expenses Total:    $60.00



**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

GREYSTONE BANK

Date: September 30, 2010
Invoice No.: 32086321
Our Ref. No.: 093966-0141

## Remittance Advice

*Current Invoice:*

09/30/2010 - 32086321                     $1,177.80


**Total Amount Due:**                     **$1,177.80**

Should you wish to remit your payment via wire transfer,
please include our reference no. 093966-0141 and/or
invoice no. 32086321 and forward to:

Bank of America
100 West 33rd Street
New York, NY 10001
ABA No.: 026009593 (wire transfer)
ABA No.: 081904808 (ACH/EDI only)
Acct. Name: Foley & Lardner LLP
Acct. No.: 000002337171
Swift Code: BOFAUS3N
CHIPS Participant #: 0959



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Allison Berman
Deputy General Counsel
Greystone Bank
152 West 57th Street, 11th Floor
New York, NY 10019

Date: November 10, 2010
Invoice No.: 32098815
Our Ref. No.: 093966-0141

---

Services through
September 30, 2010

Amount due for professional services rendered regarding          $1,192.95
VASSEL, PAUL AND VASSEL, KAYE

                                        **Total Amount Due:**          **$1,192.95**

---

**Please reference your account number 093966-0141 and your invoice number
32098815 with your remittance payable to Foley & Lardner LLP.  Payment is
due promptly upon receipt of our invoice.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 32098815

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 9/7/10 | REKR | Prepare for and attend telephone conference with court. | 1.70 | $703.80 |
| 9/8/10 | RG | Serve defendants court order, draft and electronically file certificate of service per R. Kramer. | 0.70 | $141.75 |
| 9/8/10 | REKR | Review court order and coordinate filing of affidavit. | 0.10 | $41.40 |
| 9/8/10 | REKR | Telephone call with A. Berman regarding court conference and settlement conference. | 0.10 | $41.40 |
| 9/20/10 | BGF | Attention to discovery demands. | 0.20 | $140.40 |
| 9/24/10 | REKR | Telephone call with A. Berman and A. Pierre regarding meeting with P. Vassel and email correspondence with P. Vassel regarding same. | 0.30 | $124.20 |

Services Total: 3.10 $1,192.95

## Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Barry G. Felder | BGF | Partner | 0.20 | $702.00 | $140.40 |
| Rachel E. Kramer | REKR | Associate | 2.20 | $414.00 | $910.80 |
| Raymond Giraud | RG | Paralegal | 0.70 | $202.50 | $141.75 |
| Totals | | | 3.10 | | $1,192.95 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 32098815

Page 3
Foley & Lardner LLP
November 10, 2010

|  |  |
|---|---|
| Expenses Total: | $0.00 |



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

GREYSTONE BANK

Date: November 10, 2010
Invoice No.: 32098815
Our Ref. No.: 093966-0141

## Remittance Advice

*Current Invoice:*

11/10/2010 - 32098815                    $1,192.95

**Total Amount Due:**                    **$1,192.95**

Should you wish to remit your payment via wire transfer, please include our reference no. 093966-0141 and/or invoice no. 32098815 and forward to:

Bank of America
100 West 33rd Street
New York, NY 10001
ABA No.: 026009593 (wire transfer)
ABA No.: 081904808 (ACH/EDI only)
Acct. Name: Foley & Lardner LLP
Acct. No.: 000002337171
Swift Code: BOFAUS3N
CHIPS Participant #: 0959



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Allison Berman
Deputy General Counsel
Greystone Bank
152 West 57th Street, 11th Floor
New York, NY 10019

Date: December 9, 2010
Invoice No.: 32111781
Our Ref. No.: 093966-0141

Services through
November 30, 2010

Amount due for professional services rendered regarding          $5,831.10
VASSEL, PAUL AND VASSEL, KAYE

Total Expenses:          $21.85

**Total Amount Due:          $5,852.95**

Please reference your account number 093966-0141 and your invoice number
32111781 with your remittance payable to Foley & Lardner LLP.  Payment is
due promptly upon receipt of our invoice.

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 32111781

Page 2
Foley & Lardner LLP
December 9, 2010

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 10/5/10 | BGF | Attention to status and issues regarding settlement meeting. | 0.20 | $140.40 |
| 10/7/10 | BGF | Conferences regarding settlement conference and email review. | 0.20 | $140.40 |
| 10/7/10 | REKR | Prepare for meeting and meet with P. Vassel, A. Berman and A. Pierre regarding settlement. | 1.70 | $703.80 |
| 10/14/10 | REKR | Draft response to discovery demands. | 1.00 | $414.00 |
| 10/18/10 | REKR | Revise responses and objections to discovery demands. | 1.40 | $579.60 |
| 10/19/10 | REKR | Revise responses to discovery. | 1.00 | $414.00 |
| 10/20/10 | REKR | Coordinate document production and draft letter to P. and K. Vassel regarding same. | 0.80 | $331.20 |
| 10/29/10 | REKR | Email correspondence with P. Vassel regarding briefing schedule and draft letter to court regarding same. | 1.50 | $621.00 |
| 11/2/10 | REKR | Finalize letter to court regarding briefing schedules. | 0.30 | $124.20 |
| 11/3/10 | BGF | Attention to Court's order to have a second settlement conference and strategy relating thereto. | 0.20 | $140.40 |
| 11/3/10 | REKR | Telephone call and email correspondence with A. Berman and M. Ledesma regarding settlement conference. | 0.60 | $248.40 |
| 11/4/10 | BGF | Attention to issues regarding settlement agreement. | 0.20 | $140.40 |
| 11/6/10 | JLU | Review correspondence regarding court-appointed mediation and advise regarding the same. | 0.20 | $103.50 |
| 11/10/10 | REKR | Telephone call with court clerk regarding scheduling. | 0.20 | $82.80 |
| 11/23/10 | BGF | Attention to conference results and strategy going forward. | 0.40 | $280.80 |
| 11/23/10 | REKR | Prepare for and attend settlement conference. | 3.30 | $1,366.20 |
| | | Services Total: | 13.20 | $5,831.10 |

## Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Barry G. Felder | BGF | Partner | 1.20 | $702.00 | $842.40 |
| Jill L. Nicholson | JLU | Partner | 0.20 | $517.50 | $103.50 |
| Rachel E. Kramer | REKR | Associate | 11.80 | $414.00 | $4,885.20 |
| Totals | | | 13.20 | | $5,831.10 |

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 32111781

Page 3
Foley & Lardner LLP
December 9, 2010

Expenses Incurred

| Description | Amount |
|---|---|
| Photocopying Charges | $1.65 |
| Shipping/courier/messenger services | $12.34 |
| Mailing Expense | $1.22 |
| Search Fees | $6.64 |
| Expenses Total: | $21.85 |

Certain                                                                                                    al

**GREYSTONE BANK**                                                    Page 4
Our Ref. No.: 093966-0141                              Foley & Lardner LLP
Invoice No.: 32111781                                     December 9, 2010

Expense Detail

**Photocopying Charges**

| | | |
|---|---|---:|
| 10/07/10 | 11 Copies. | 1.65 |
| | | $1.65 |

**Shipping/courier/messenger services**

| | | |
|---|---|---:|
| 10/07/10 | Federal Express Invoice# 725654880 Recipient:  Jan Ilg Greystone Bank | 12.34 |
| | | $12.34 |

**Mailing Expense**

| | | |
|---|---|---:|
| 10/19/10 | Mailing Expense | 1.22 |
| | | $1.22 |

**Search Fees**

| | | |
|---|---|---:|
| 09/30/10 | Search Fees - - Vendor:  Us Courts Ao-pacer Service Center Search Fees | 6.64 |
| | | $6.64 |

|  | |
|---|---:|
| Expenses Total: | $21.85 |



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

GREYSTONE BANK

Date: December 9, 2010
Invoice No.: 32111781
Our Ref. No.: 093966-0141

## Remittance Advice

*Current Invoice:*

12/09/2010 - 32111781       $5,852.95

**Total Amount Due:**       $5,852.95

Should you wish to remit your payment via wire transfer, please include our reference no. 093966-0141 and/or invoice no. 32111781 and forward to:

Bank of America
100 West 33rd Street
New York, NY  10001
ABA No.: 026009593 (wire transfer)
ABA No.: 081904808 (ACH/EDI only)
Acct. Name: Foley & Lardner LLP
Acct. No.: 000002337171
Swift Code: BOFAUS3N
CHIPS Participant #: 0959



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Allison Berman
Deputy General Counsel
Greystone Bank
152 West 57th Street, 11th Floor
New York, NY 10019

Date: January 28, 2011
Invoice No.: 32129604
Our Ref. No.: 093966-0141

---

Services through
December 31, 2010

Amount due for professional services rendered regarding          $3,936.60
VASSEL, PAUL AND VASSEL, KAYE

Total Expenses:          $1.80

**Total Amount Due:**          **$3,938.40**

---

**Please reference your account number 093966-0141 and your invoice number 32129604 with your remittance payable to Foley & Lardner LLP.  Payment is due promptly upon receipt of our invoice.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 32129604

Page 2
Foley & Lardner LLP
January 28, 2011

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 12/1/10 | REKR | Email correspondence with P. Vassel regarding joint status update; draft letter to court regarding same. | 0.30 | $124.20 |
| 12/7/10 | REKR | Review loan payment records received from Greystone. | 2.10 | $869.40 |
| 12/8/10 | REKR | Email correspondence with M. Ledesma and A. Pierre in connection with reinstatement letter. | 0.50 | $207.00 |
| 12/8/10 | REKR | Review loan payment records received from Greystone. | 2.50 | $1,035.00 |
| 12/9/10 | BGF | Attention to settlement conference issues. | 0.30 | $210.60 |
| 12/9/10 | REKR | Prepare for and attend settlement conference. | 3.50 | $1,449.00 |
| 12/28/10 | REKR | Telephone call to P. Vassel regarding documents. | 0.10 | $41.40 |
| | | Services Total: | 9.30 | $3,936.60 |

### Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Barry G. Felder | BGF | Partner | 0.30 | $702.00 | $210.60 |
| Rachel E. Kramer | REKR | Associate | 9.00 | $414.00 | $3,726.00 |
| Totals | | | 9.30 | | $3,936.60 |

### Expenses Incurred

| Description | Amount |
|---|---|
| Photocopying Charges | $1.80 |
| Expenses Total: | $1.80 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 32129604

Page 3
Foley & Lardner LLP
January 28, 2011

## Expense Detail

**Photocopying Charges**

| Date | Description | Amount |
|------|-------------|-------:|
| 12/09/10 | 6 Copies. | 0.90 |
| 12/09/10 | 6 Copies. | 0.90 |
| | | $1.80 |

| | | |
|---|---|---:|
| Expenses Total: | | $1.80 |



**FOLEY & LARDNER LLP**
**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

GREYSTONE BANK

Date: January 28, 2011
Invoice No.: 32129604
Our Ref. No.: 093966-0141

## Remittance Advice

*Current Invoice:*

01/28/2011 - 32129604                     $3,938.40

**Total Amount Due:**                      $3,938.40

Should you wish to remit your payment via wire transfer,
please include our reference no. 093966-0141 and/or
invoice no. 32129604 and forward to:

Bank of America
100 West 33rd Street
New York, NY 10001
ABA No.: 026009593 (wire transfer)
ABA No.: 081904808 (ACH/EDI only)
Acct. Name: Foley & Lardner LLP
Acct. No.: 000002337171
Swift Code: BOFAUS3N
CHIPS Participant #: 0959



**FOLEY & LARDNER LLP**
FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Allison Berman
Deputy General Counsel
Greystone Bank
152 West 57th Street, 11th Floor
New York, NY 10019

Date: February 15, 2011
Invoice No.: 33003560
Our Ref. No.: 093966-0141

Services through
January 31, 2011

Amount due for professional services rendered regarding                    $1,116.00
VASSEL, PAUL AND VASSEL, KAYE

          **Total Amount Due:**      **$1,116.00**

Please reference your account number 093966-0141 and your invoice number
33003560 with your remittance payable to Foley & Lardner LLP.  Payment is
due promptly upon receipt of our invoice.

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 33003560

Page 2
Foley & Lardner LLP
February 15, 2011

## Professional Services Detail

| 1/6/11 | BGF | Review/revise status letter. | | 0.50 | $351.00 |
|--------|------|-------------------------------|---|------|---------|
| 1/7/11 | BGF | Review/revise letter to Court. | | 0.50 | $351.00 |
| 1/7/11 | REKR | Draft response to Vassels' letter. | | 1.00 | $414.00 |
| | | | Services Total: | 2.00 | $1,116.00 |

### Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|------------|----------|-----------|-------|---------|-----------|
| Barry G. Felder | BGF | Partner | 1.00 | $702.00 | $702.00 |
| Rachel E. Kramer | REKR | Associate | 1.00 | $414.00 | $414.00 |
| Totals | | | 2.00 | | $1,116.00 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 33003560

Page 3
Foley & Lardner LLP
February 15, 2011

Expenses Total:       $0.00


**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

GREYSTONE BANK

Date: February 15, 2011
Invoice No.: 33003560
Our Ref. No.: 093966-0141

## Remittance Advice

*Current Invoice:*

02/15/2011 - 33003560        $1,116.00

**Total Amount Due:**      **$1,116.00**

Should you wish to remit your payment via wire transfer, please include our reference no. 093966-0141 and/or invoice no. 33003560 and forward to:

Bank of America
100 West 33rd Street
New York, NY 10001
ABA No.: 026009593 (wire transfer)
ABA No.: 081904808 (ACH/EDI only)
Acct. Name: Foley & Lardner LLP
Acct. No.: 000002337171
Swift Code: BOFAUS3N
CHIPS Participant #: 0959



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

GREYSTONE BANK

Date: June 24, 2011
Invoice No.: 33052081
Our Ref. No.: 093966-0141

## Remittance Advice

*Current Invoice:*

06/24/2011 - 33052081                    $853.20

**Total Amount Due:**                    **$853.20**

Should you wish to remit your payment via wire transfer,
please include our reference no. 093966-0141 and/or
invoice no. 33052081 and forward to:

Bank of America
100 West 33rd Street
New York, NY 10001
ABA No.: 026009593 (wire transfer)
ABA No.: 081904808 (ACH/EDI only)
Acct. Name: Foley & Lardner LLP
Acct. No.: 000002337171
Swift Code: BOFAUS3N
CHIPS Participant #: 0959



**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Allison Berman                          Date: May 19, 2011
Deputy General Counsel                  Invoice No.: 33039122
Greystone Bank                          Our Ref. No.: 093966-0141
152 West 57th Street, 11th Floor
New York, NY 10019

---

Services through
March 31, 2011

Amount due for professional services rendered regarding          $1,514.70
VASSEL, PAUL AND VASSEL, KAYE

             **Total Amount Due:**          **$1,514.70**

---

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 33039122

Page 2
Foley & Lardner LLP
May 19, 2011

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 3/1/11 | REKR | Prepare for and attend status conference with court. | 1.10 | $504.90 |
| 3/7/11 | REKR | Prepare for and attend meeting with F. Donald regarding discovery. | 1.90 | $872.10 |
| 3/28/11 | REKR | Draft initial disclosures. | 0.30 | $137.70 |
| | | Services Total: | 3.30 | $1,514.70 |

## Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Rachel E. Kramer | REKR | Associate | 3.30 | $459.00 | $1,514.70 |
| Totals | | | 3.30 | | $1,514.70 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 33039122

Page 3
Foley & Lardner LLP
May 19, 2011

| Expenses Total: | $0.00 |



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

GREYSTONE BANK

Date: May 19, 2011
Invoice No.: 33039122
Our Ref. No.: 093966-0141

## Remittance Advice

*Current Invoice:*

05/19/2011 - 33039122                     $1,514.70

**Total Amount Due:**                     $1,514.70

Should you wish to remit your payment via wire transfer, please include our reference no. 093966-0141 and/or invoice no. 33039122 and forward to:

Bank of America
100 West 33rd Street
New York, NY  10001
ABA No.: 026009593 (wire transfer)
ABA No.: 081904808 (ACH/EDI only)
Acct. Name: Foley & Lardner LLP
Acct. No.: 000002337171
Swift Code: BOFAUS3N
CHIPS Participant #: 0959



**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Allison Berman                                        Date: June 24, 2011
Deputy General Counsel                                Invoice No.: 33052081
Greystone Bank                                        Our Ref. No.: 093966-0141
152 West 57th Street, 11th Floor
New York, NY 10019

Services through
April 30, 2011

Amount due for professional services rendered regarding          $853.20
VASSEL, PAUL AND VASSEL, KAYE

                              **Total Amount Due:**               **$853.20**

Please reference your account number 093966-0141 and your invoice number          Foley & Lardner LLP
33052081 with your remittance payable to Foley & Lardner LLP.  Payment is         Federal Employer Number:
due promptly upon receipt of our invoice.                                         39-0473800

**GREYSTONE BANK**                                      Page 2
Our Ref. No.: 093966-0141                      Foley & Lardner LLP
Invoice No.: 33052081                             June 24, 2011

---

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 4/4/11 | REKR | Draft subpoena to borrowers' bank. | 0.20 | $91.80 |
| 4/12/11 | REKR | Revise subpoena to NEFCU. | 0.50 | $229.50 |
| 4/21/11 | BGF | Attention to subpoena. | 0.30 | $210.60 |
| 4/21/11 | REKR | Coordinate service of subpoena on NEFCU. | 0.20 | $91.80 |
| 4/25/11 | REKR | Finalize subpoena to NEFCU and serve notice of same on counsel for borrowers; coordinate service on NEFCU. | 0.50 | $229.50 |

Services Total:  1.70  $853.20

### Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Barry G. Felder | BGF | Partner | 0.30 | $702.00 | $210.60 |
| Rachel E. Kramer | REKR | Associate | 1.40 | $459.00 | $642.60 |
| Totals | | | 1.70 | | $853.20 |

---

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 33052081

Page 3
Foley & Lardner LLP
June 24, 2011

Expenses Total:                    $0.00



**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Allison Berman                                        Date: July 29, 2011
Deputy General Counsel                                Invoice No.: 33064689
Greystone Bank                                        Our Ref. No.: 093966-0141
152 West 57th Street, 11th Floor
New York, NY 10019

---

Services through
May 31, 2011

Amount due for professional services rendered regarding          $2,630.25
VASSEL, PAUL AND VASSEL, KAYE

                                     Total Expenses:              $200.00

                              **Total Amount Due:**               **$2,830.25**

---

Please reference your account number 093966-0141 and your invoice number          Foley & Lardner LLP
33064689 with your remittance payable to Foley & Lardner LLP.  Payment is          Federal Employer Number:
due promptly upon receipt of our invoice.                                          39-0473800

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 33064689

Page 2
Foley & Lardner LLP
July 29, 2011

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 5/9/11 | REKR | Telephone call with M. Buckleman regarding subpoena to NEFCU. | 0.40 | $183.60 |
| 5/17/11 | REKR | Prepare for conference with court. | 0.40 | $183.60 |
| 5/18/11 | BGF | Attention to status and scheduling order. | 0.30 | $210.60 |
| 5/18/11 | REKR | Prepare for and attend discovery conference. | 2.00 | $918.00 |
| 5/18/11 | REKR | Email correspondence and telephone call with M. Buckleman regarding NEFCU subpoena. | 0.70 | $321.30 |
| 5/23/11 | ALP | Review correspondence regarding bank records and plan research regarding altered documentary evidence for summary judgment motion. | 1.30 | $391.95 |
| 5/23/11 | BGF | Attention to documents produced by Vassel. | 0.30 | $210.60 |
| 5/25/11 | BGF | Attention to status. | 0.30 | $210.60 |
| | | Services Total: | 5.70 | $2,630.25 |

## Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Barry G. Felder | BGF | Partner | 0.90 | $702.00 | $631.80 |
| Alicia L. Pitts | ALP | Associate | 1.30 | $301.50 | $391.95 |
| Rachel E. Kramer | REKR | Associate | 3.50 | $459.00 | $1,606.50 |
| Totals | | | 5.70 | | $2,630.25 |

## Expenses Incurred

| Description | Amount |
|---|---|
| Service Fees | $200.00 |
| Expenses Total: | $200.00 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 33064689

Page 3
Foley & Lardner LLP
July 29, 2011

**Service Fees**

| | | |
|---|---|---:|
| 05/02/11 | Service Fees - - Vendor: Legalease, Inc. Process Service | 200.00 |
| | | $200.00 |
| | Expenses Total: | $200.00 |



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

GREYSTONE BANK

Date: July 29, 2011
Invoice No.: 33064689
Our Ref. No.: 093966-0141

## Remittance Advice

*Current Invoice:*

07/29/2011 - 33064689                    $2,830.25

**Total Amount Due:**                    $2,830.25

Should you wish to remit your payment via wire transfer, please include our reference no. 093966-0141 and/or invoice no. 33064689 and forward to:

Bank of America
100 West 33rd Street
New York, NY  10001
ABA No.: 026009593 (wire transfer)
ABA No.: 081904808 (ACH/EDI only)
Acct. Name: Foley & Lardner LLP
Acct. No.: 000002337171
Swift Code: BOFAUS3N
CHIPS Participant #: 0959



# FOLEY

**FOLEY & LARDNER LLP**

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Allison Berman
Deputy General Counsel
Greystone Bank
152 West 57th Street, 11th Floor
New York, NY 10019

Date: August 22, 2011
Invoice No.: 33074006
Our Ref. No.: 093966-0141

Services through
June 30, 2011

| | |
|---|---|
| Amount due for professional services rendered regarding VASSEL, PAUL AND VASSEL, KAYE | $6,619.50 |
| Total Expenses: | $484.30 |
| **Total Amount Due:** | **$7,103.80** |

Please reference your account number 093966-0141 and your invoice number 33074006 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 33074006

Page 2
Foley & Lardner LLP
August 22, 2011

---

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 6/1/11 | BGF | Attention to client inquiry. | 0.20 | $140.40 |
| 6/1/11 | ALP | Review docket in foreclosure matter; speak with Mr. Barry Felder regarding the same; draft email to client regarding the same. | 0.50 | $150.75 |
| 6/13/11 | ALP | Review subpoena to NEFCU bank and documents received from bank in order to determine next steps in discovery. | 0.50 | $150.75 |
| 6/14/11 | BGF | Attention to letter to counsel and to adversary re discovery cutoff and extension, review of documents produced by the credit union. | 1.00 | $702.00 |
| 6/14/11 | ALP | Communicate with NEFCU bank regarding documents received pursuant to subpoena; call to Farrel Donald, attorney for Vassels. | 0.30 | $90.45 |
| 6/14/11 | ALP | Prepare and draft communication to counsel for defendants regarding conflict between bank records of defendants' checks and copy of checks provided to Greystone pursuant to discovery with attachments. | 1.00 | $301.50 |
| 6/15/11 | RG | Assist A. Pitts with reviewing docket for discovery letters; review judge's rules regarding discovery; prepare, electronically file and fax letter to judge; exchange emails with A. Pitts regarding same. | 0.90 | $190.35 |
| 6/15/11 | BGF | Attention to obtaining credit union affidavit and letter to Court regarding discovery. | 1.20 | $842.40 |
| 6/15/11 | ALP | Draft, revise, and file letter to Judge Reyes requesting extension of discovery in order to authenticate records of checks from the Vassels' account at NEFCU and explaining differences between the check provided by the bank and by the Vassels. | 2.40 | $723.60 |
| 6/16/11 | ALP | Call attorney for the Vassels to discuss discovery extension and call NEFCU bank regarding authentication of checks. | 0.30 | $90.45 |
| 6/17/11 | BGF | Review/revise subpoena. | 0.40 | $280.80 |
| 6/17/11 | ALP | Draft and revise new deposition subpoena for NEFCU, defendants' bank in order to authenticate bank records of checks; coordinate service of the same subpoena. | 2.00 | $603.00 |
| 6/17/11 | RG | Prepare notice of appearance for A. Pitts. | 0.40 | $84.60 |
| 6/21/11 | BGF | Attention to subpoena to credit union and related conferences and affidavit preparation. | 1.20 | $842.40 |
| 6/22/11 | ALP | Communicate with representative of NEFCU regarding affidavit to authenticate bank records. | 0.30 | $90.45 |

**GREYSTONE BANK**

Our Ref. No.: 093966-0141

Invoice No.: 33074006

Page 3

Foley & Lardner LLP

August 22, 2011

| | | | | |
|---|---|---|---|---|
| 6/22/11 | BGF | Attention to affidavit from credit union and to letter to court. | 0.70 | $491.40 |
| 6/24/11 | ALP | Begin of draft pre-motion letter for summary judgment to be submitted to Judge Matsumoto. | 0.80 | $241.20 |
| 6/27/11 | ALP | Conduct legal research regarding conflicting information concerning the veracity of checks submitted into evidence for use in pre-motion letter for summary judgment. | 1.80 | $542.70 |
| 6/28/11 | ALP | Review case docket in order to prepare pre-motion letter for summary judgment. | 0.20 | $60.30 |
| | | Services Total: | 16.10 | $6,619.50 |

## Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Barry G. Felder | BGF | Partner | 4.70 | $702.00 | $3,299.40 |
| Alicia L. Pitts | ALP | Associate | 10.10 | $301.50 | $3,045.15 |
| Raymond Giraud | RG | Paralegal | 1.30 | $211.50 | $274.95 |
| Totals | | | 16.10 | | $6,619.50 |

## Expenses Incurred

| Description | Amount |
|---|---|
| Photocopying Charges | $1.65 |
| Service Fees | $338.50 |
| Electronic Legal Research Services | $141.75 |
| Search Fees | $2.40 |
| Expenses Total: | $484.30 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 33074006

Page 4
Foley & Lardner LLP
August 22, 2011

Expense Detail

**Photocopying Charges**

| | | |
|---|---|---:|
| 06/14/11 | 11 Copies. | 1.65 |
| | | $1.65 |

**Service Fees**

| | | |
|---|---|---:|
| 06/23/11 | Service Fees - - Vendor: Legalease, Inc. Process Service | 338.50 |
| | | $338.50 |

**Electronic Legal Research Services**

| | | |
|---|---|---:|
| 06/27/11 | Electronic Legal Research Services - Westlaw | 141.75 |
| | | $141.75 |

**Search Fees**

| | | |
|---|---|---:|
| 06/30/11 | Search Fees - - Vendor:  Us Courts Ao-pacer Service Center 4/1/11-6/30/11 Research | 2.40 |
| | | $2.40 |

Expenses Total:    $484.30

**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

GREYSTONE BANK

Date: August 22, 2011
Invoice No.: 33074006
Our Ref. No.: 093966-0141

## Remittance Advice

*Current Invoice:*

08/22/2011 - 33074006                $7,103.80

**Total Amount Due:**                $7,103.80

Should you wish to remit your payment via wire transfer, please include our reference no. 093966-0141 and/or invoice no. 33074006 and forward to:

Bank of America
100 West 33rd Street
New York, NY 10001
ABA No.: 026009593 (wire transfer)
ABA No.: 081904808 (ACH/EDI only)
Acct. Name: Foley & Lardner LLP
Acct. No.: 000002337171
Swift Code: BOFAUS3N
CHIPS Participant #: 0959



**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Allison Berman
Deputy General Counsel
Greystone Bank
152 West 57th Street, 11th Floor
New York, NY 10019

Date: September 8, 2011
Invoice No.: 33077171
Our Ref. No.: 093966-0141

Services through
July 31, 2011

Amount due for professional services rendered regarding              $2,282.85
VASSEL, PAUL AND VASSEL, KAYE

                              **Total Amount Due:**          **$2,282.85**

Please reference your account number 093966-0141 and your invoice number
33077171 with your remittance payable to Foley & Lardner LLP.  Payment is
due promptly upon receipt of our invoice.

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 33077171

Page 2
Foley & Lardner LLP
September 8, 2011

---

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 7/1/11 | BGF | Attention to pre-motion letter to Court and review of issues for summary judgment motion. | 1.20 | $842.40 |
| 7/1/11 | ALP | Draft, revise, and file pre-motion letter requesting pre-motion conference for summary judgment and to set a briefing schedule. | 1.70 | $512.55 |
| 7/13/11 | ALP | Begin draft of letter to Judge Matsumoto regarding absence of response from counsel for defendants. | 0.30 | $90.45 |
| 7/14/11 | ALP | Review order filed granting counsel for defendants an extension on time to respond to Greystone's letter for pre-motion conference. | 0.10 | $30.15 |
| 7/15/11 | RG | Prepare and electronically file notice of appearance for A. Pitts. | 0.40 | $84.60 |
| 7/22/11 | BGF | Attention to issues regarding SJ motion and scheduling. | 0.30 | $210.60 |
| 7/22/11 | ALP | Review letter to District Court from attorney for defendants regarding motion for summary judgment and cross-motion. | 0.20 | $60.30 |
| 7/25/11 | ALP | Review opposing counsel's correspondence to Judge Matsumoto and prepare for response in anticipation of Judge's order regarding motion for summary judgment and motion to dismiss. | 0.40 | $120.60 |
| 7/26/11 | BGF | Attention to court decision and issues regarding motion briefing. | 0.30 | $210.60 |
| 7/26/11 | ALP | Review Judge Matsumoto's order granting request to file summary judgment motion and cross-motion to dismiss; identify possible briefing schedule. | 0.20 | $60.30 |
| 7/27/11 | ALP | Draft email to opposing counsel regarding a proposed schedule for briefing motion for summary judgment and motion to dismiss. | 0.20 | $60.30 |
| | | Services Total: | 5.30 | $2,282.85 |

## Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Barry G. Felder | BGF | Partner | 1.80 | $702.00 | $1,263.60 |
| Alicia L. Pitts | ALP | Associate | 3.10 | $301.50 | $934.65 |
| Raymond Giraud | RG | Paralegal | 0.40 | $211.50 | $84.60 |
| Totals | | | 5.30 | | $2,282.85 |

---

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 33077171

Page 3
Foley & Lardner LLP
September 8, 2011

Expenses Total:                $0.00



**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

GREYSTONE BANK

Date: September 8, 2011
Invoice No.: 33077171
Our Ref. No.: 093966-0141

## Remittance Advice

*Current Invoice:*

09/08/2011 - 33077171                    $2,282.85

**Total Amount Due:**                    **$2,282.85**

Should you wish to remit your payment via wire transfer,
please include our reference no. 093966-0141 and/or
invoice no. 33077171 and forward to:

Bank of America
100 West 33rd Street
New York, NY 10001
ABA No.: 026009593 (wire transfer)
ABA No.: 081904808 (ACH/EDI only)
Acct. Name: Foley & Lardner LLP
Acct. No.: 000002337171
Swift Code: BOFAUS3N
CHIPS Participant #: 0959



**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Allison Berman
Deputy General Counsel
Greystone Bank
152 West 57th Street, 11th Floor
New York, NY 10019

Date: September 28, 2011
Invoice No.: 33086036
Our Ref. No.: 093966-0141

---

Services through
August 31, 2011

Amount due for professional services rendered regarding                    $8,462.25
VASSEL, PAUL AND VASSEL, KAYE

Total Expenses:          $286.38

**Total Amount Due:**          **$8,748.63**

---

Please reference your account number 093966-0141 and your invoice number
33086036 with your remittance payable to Foley & Lardner LLP.  Payment is
due promptly upon receipt of our invoice.

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 33086036

Page 2
Foley & Lardner LLP
September 28, 2011

---

## Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 8/1/11 | HCWA | E-file Letter to Judge. | 0.20 | $40.50 |
| 8/1/11 | BGF | Attention to letter to court. | 0.30 | $210.60 |
| 8/1/11 | ALP | Draft, revise and file letter to Judge Matsumoto regarding proposed briefing schedule for motion to dismiss and summary judgment motion. | 0.80 | $241.20 |
| 8/3/11 | BGF | Summary judgment. | 0.40 | $280.80 |
| 8/3/11 | ALP | Correspondence regarding briefing schedule set for summary judgment motion. | 0.20 | $60.30 |
| 8/10/11 | ALP | Review docket and defendants' answer and counterclaims in order to identify summary judgment arguments; draft summary judgment outline. | 1.00 | $301.50 |
| 8/11/11 | ALP | Edit draft of motion for summary judgment and supporting documentation. | 0.40 | $120.60 |
| 8/12/11 | ALP | Edit and revise motion for summary judgment and supporting documentation; conduct legal research regarding summary judgment arguments. | 1.50 | $452.25 |
| 8/16/11 | ALP | Edit draft of summary judgment motion papers. | 4.30 | $1,296.45 |
| 8/17/11 | BGF | Review and revise summary judgment motion. | 2.20 | $1,544.40 |
| 8/17/11 | ALP | Edit and revise summary judgment motion papers per comments from Mr. Barry Felder. | 3.80 | $1,145.70 |
| 8/18/11 | ALP | Edit, revise, and shepardize summary judgment motion papers. | 2.90 | $874.35 |
| 8/22/11 | BGF | Attention to summary judgment papers. | 1.00 | $702.00 |
| 8/22/11 | ALP | Prepare to finalize summary judgment motion papers for service on counsel for defendants. | 1.90 | $572.85 |
| 8/22/11 | RG | Assist A. Pitts with preparation and service to counsel of notice of motion for summary judgment, supporting declarations, memorandum of law, statement of materials facts and certificate of service. | 1.50 | $317.25 |

REDACTED

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 33086036

Page 3
Foley & Lardner LLP
September 28, 2011

Services Total:     23.40     $8,462.25

### Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Barry G. Felder | BGF | Partner | 3.90 | $702.00 | $2,737.80 |
| Alicia L. Pitts | ALP | Associate | 17.80 | $301.50 | $5,366.70 |
| Hannah C. Waite | HCWA | Paralegal | 0.20 | $202.50 | $40.50 |
| Raymond Giraud | RG | Paralegal | 1.50 | $211.50 | $317.25 |
| Totals | | | 23.40 | | $8,462.25 |

### Expenses Incurred

| Description | Amount |
|---|---|
| Shipping/courier/messenger services | $24.67 |
| Electronic Legal Research Services | $261.71 |
| Expenses Total: | $286.38 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

Reduced to 16.80 hours, $5,035.20, based on one hour unrelated time (see redacted portion above).

**GREYSTONE BANK**
Our Ref. No.: 093966-0141
Invoice No.: 33086036

Page 4
Foley & Lardner LLP
September 28, 2011

Expense Detail

**Shipping/courier/messenger services**

| | | |
|---|---|---:|
| 08/22/11 | Federal Express Invoice# 761333744 Recipient: Farrel Donald Law Offices Of Farrel Donald | 10.82 |
| 08/29/11 | Federal Express Invoice# 762073531 Recipient:  Jan Ilg Greystone Bank | 13.85 |
| | | $24.67 |

**Electronic Legal Research Services**

| | | |
|---|---|---:|
| 08/16/11 | Electronic Legal Research Services - Westlaw | 147.27 |
| 08/17/11 | Electronic Legal Research Services - Westlaw | 37.71 |
| 08/18/11 | Electronic Legal Research Services - Westlaw | 76.73 |
| | | $261.71 |
| | Expenses Total: | $286.38 |


**FOLEY & LARDNER LLP**

**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

GREYSTONE BANK

Date: September 28, 2011
Invoice No.: 33086036
Our Ref. No.: 093966-0141

## Remittance Advice

*Current Invoice:*

| | |
|---|---|
| 09/28/2011 - 33086036 | $8,748.63 |
| **Total Amount Due:** | **$8,748.63** |

Should you wish to remit your payment via wire transfer, please include our reference no. 093966-0141 and/or invoice no. 33086036 and forward to:

Bank of America
100 West 33rd Street
New York, NY  10001
ABA No.: 026009593 (wire transfer)
ABA No.: 081904808 (ACH/EDI only)
Acct. Name: Foley & Lardner LLP
Acct. No.: 000002337171
Swift Code: BOFAUS3N
CHIPS Participant #: 0959



**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Allison Berman
Deputy General Counsel
Greystone Bank
152 West 57th Street, 11th Floor
New York, NY 10019

Date: October 24, 2011
Invoice No.: 33094428
Our Ref. No.: 093966-0141

Services through
September 30, 2011

| | |
|---|---|
| Amount due for professional services rendered regarding VASSEL, PAUL AND VASSEL, KAYE | $646.20 |
| Total Expenses: | $10.06 |
| **Total Amount Due:** | **$656.26** |

Please reference your account number 093966-0141 and your invoice number 33094428 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**GREYSTONE BANK**                                                          Page 2
Our Ref. No.: 093966-0141                                         Foley & Lardner LLP
Invoice No.: 33094428                                                 October 24, 2011

---

### Professional Services Detail

| | | | | |
|---|---|---|---|---|
| 9/22/11 | RG | Assist A. Pitts with preparation and electronic filing of plaintiff's motion for summary judgment, memorandum of law, supporting declarations, material facts statement, certificate of service and a letter to the judge; prepare two hard copies of same for judge. | 2.20 | $465.30 |
| 9/22/11 | ALP | Draft letter to court regarding motion for summary judgment. | 0.60 | $180.90 |

Services Total:    2.80    $646.20

### Professional Services Summary

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Alicia L. Pitts | ALP | Associate | 0.60 | $301.50 | $180.90 |
| Raymond Giraud | RG | Paralegal | 2.20 | $211.50 | $465.30 |
| Totals | | | 2.80 | | $646.20 |

### Expenses Incurred

| Description | Amount |
|---|---|
| Shipping/courier/messenger services | $10.06 |
| Expenses Total: | $10.06 |

---

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

**GREYSTONE BANK**                                                          Page 3
Our Ref. No.: 093966-0141                                       Foley & Lardner LLP
Invoice No.: 33094428                                              October 24, 2011

Expense Detail

**Shipping/courier/messenger services**

| | | |
|---|---|---:|
| 09/22/11 | Federal Express Invoice# 764400853 Recipient:  Hon Kiyo A  Matusm United States District Court | 10.06 |
| | | $10.06 |
| | Expenses Total: | $10.06 |



**FOLEY & LARDNER LLP**
FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60654-5313
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

GREYSTONE BANK

Date: October 24, 2011
Invoice No.: 33094428
Our Ref. No.: 093966-0141

## Remittance Advice

*Current Invoice:*

10/24/2011 - 33094428                    $656.26

**Total Amount Due:**                    **$656.26**

Should you wish to remit your payment via wire transfer, please include our reference no. 093966-0141 and/or invoice no. 33094428 and forward to:

Bank of America
100 West 33rd Street
New York, NY  10001
ABA No.: 026009593 (wire transfer)
ABA No.: 081904808 (ACH/EDI only)
Acct. Name: Foley & Lardner LLP
Acct. No.: 000002337171
Swift Code: BOFAUS3N
CHIPS Participant #: 0959

Billed and Unbilled Recap Of Time Detail - [101357-0101 - VASSEL]                                                      Page 1
Client:101357 - FIRST STORM PARTNERS II, LLC   5/30/2012 1:27:19 PM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 03/08/2012 | 20509 | Rachel E. Kramer | 0.30 | 160.50 | Review magistrate's decision and report same to W. McDonald. | 101357-0101 | 35089473 |
| 03/08/2012 | 20505 | Barry G. Felder | 0.20 | 160.00 | Review referee's report and recommendation. | 101357-0101 | 35111303 |
| 05/23/2012 | 20509 | Rachel E. Kramer | 2.50 | 1,337.50 | Review court order regarding judgment submission; email correspondence with W. McDonald regarding same; review records regarding loan amounts. | 101357-0101 | 35504029 |
| 05/25/2012 | 20509 | Rachel E. Kramer | 1.60 | 856.00 | Draft submission in support of judgment and sale; email correspondence with W. McDonald regarding same. | 101357-0101 | 35504030 |
| 05/30/2012 | 20509 | Rachel E. Kramer | 3.60 | 1,926.00 | Draft declarations in support of judgment of sale. | 101357-0101 | 35507721 |
| | | UNBILLED TOTALS:   WORK: | 8.20 | 4,440.00 | 5 records | | |
| | | UNBILLED TOTALS:   BILL: | 8.20 | 4,440.00 | | | |
| | | GRAND TOTALS:      WORK: | 8.20 | 4,440.00 | 5 records | | |
| | | GRAND TOTALS:      BILL: | 8.20 | 4,440.00 | | | |